914

No. 6634. HACKER v. GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6644. WILLIAMS v. McMANN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 6650. MORRISON v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 6655. HUGHES v. DISTRICT ATTORNEY FOR AT-LANTA, GEORGIA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 6669. ALEXANDER v. PERINI, CORRECTIONAL SU-PERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 6670. McKINNEY v. PATUXENT INSTITUTION DI-RECTOR. Ct. Sp. App. Md. Certiorari denied.

No. 6675. DUFFEN v. CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 6678. HATHORNE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 1248. LAVALLEE, CORRECTIONAL SUPERINTENDENT v. MILLER ET AL. C. A. 2d Cir. Motion of respondent Miller for leave to proceed in forma pauperis granted. Certiorari denied.

No. 1279. TIMMONS v. UNITED STATES; and
No. 1315. NOLTE v. UNITED STATES. C. A. 9th Cir. Motions to dispense with printing petitions granted. Certiorari denied. Reported below: 432 F. 2d 1011.

No. 1281. HEINE v. RAUS. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE STEW-ART are of the opinion that certiorari should be granted.